UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ULICO CASUALTY COMPANY,

    Plaintiff,

    v.

FRANK E. WILLIAMS, JR., et al.,

    Defendants.

Civil Action No. 00-1409
RWR/DAR

**FILED**

JUN 2 8 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on this date for a hearing on the pending motions. In accordance with the determination of three of the motions set forth on the record at the hearing, it is, this _28th_ day of June, 2001,

**ORDERED** that Plaintiff Ulico Casualty Company's Consolidated Motion to Compel Against Defendant Daniel K. Maller (Docket No. 126) is **DENIED WITHOUT PREJUDICE**, and that plaintiff and defendant Maller shall complete the discovery which is the subject of the motion in accordance with the agreement set forth on the record by their counsel; and it is

**FURTHER ORDERED** that Plaintiff Ulico Casualty Company's Motion to Strike the Response of Defendant Maller to Plaintiff's Motion to Compel (Docket No. 131) is **WITHDRAWN** pursuant to plaintiff's request; and it is

**FURTHER ORDERED**, with respect to Defendants' Motion to Compel Production of Documents (Docket No. 120), that

(1) plaintiff and plaintiff's counsel shall review plaintiff's privilege log to determine (a)

Ulico v. Williams, et al.                                                                                                              2

whether some claims of privilege will be withdrawn, and (b) whether some withheld documents have already been produced;

(2) the review for which the foregoing clause provides shall be completed, and a supplemental privilege log filed, by August 17, 2001;

(3) plaintiff shall make interim productions of the documents which it agrees will no longer be withheld on July 27, August 3 and August 17, 2001;

(4) an evidentiary hearing with respect to the motion is scheduled for 9:30 a.m. on Tuesday, August 21, 2001; and

(5) further consideration of the motion is **STAYED** pending the evidentiary hearing.


_____
DEBORAH A. ROBINSON
United States Magistrate Judge